JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CAVALTERA, | ) CASE NO.: CV13-02481-RSWL |
| Plaintiff, | ) |
| vs. | ) ORDER OF DISMISSAL |
| LAW OFFICES OF PATENAUDE & FELIX, P.C., DISCOVER BANK and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

The Stipulation of Dismissal [13], filed July 5, 2013, and signed by only Plaintiff's counsel (the Defendants not having appeared) shall be construed as a Request for Dismissal pursuant to Rule 41(a)(1). Accordingly, this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

Dated: July 8, 2013

RONALD S.W. LEW
_____
Hon. Ronald S. W. Lew
Senior U.S. District Judge