JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CAVALTERA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LAW OFFICES OF PATENAUDE & FELIX, P.C., DISCOVER BANK and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: CV13-02481-RSWL<br><br>ORDER OF DISMISSAL |

The Stipulation of Dismissal [13], filed July 5, 2013, and signed by only Plaintiff's counsel (the Defendants not having appeared) shall be construed as a Request for Dismissal pursuant to Rule 41(a)(1). Accordingly, this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

Dated: July 8, 2013

**RONALD S.W. LEW**
_____
Hon. Ronald S. W. Lew
Senior U.S. District Judge